UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Carter John Jones, V,

       Plaintiff,

v.

Department of Licensing and Regulatory
Affairs, Michigan Compensation Appellate
Commission,

       Defendants.

Case No. 13-13687

Honorable Nancy G. Edmunds

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On or about September 10, 2013  this Court issued an Order requiring Plaintiff to show cause in writing why this matter should not be dismissed for lack of federal jurisdiction;  the Plaintiff having failed to respond to said Order; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this matter be, and hereby is, dismissed without prejudice.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  October 11, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 11, 2013, by electronic and/or ordinary mail.

s/Johnetta M. Curry-Williams
Case Manager
Acting in the Absence of Carol A. Hemeyer